# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

WHITESELL-GREEN, INC.,

     Plaintiff,

vs.                                  CASE NO. 3:24-CV-00206-TKW-HTC

ZURICH AMERICAN INSURANCE COMPANY,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

     Zurich American Insurance Company notifies the Court that this matter has been resolved.

In accordance with Federal Rule of Civil Procedure 41(a), the parties will submit a Stipulation of

Dismissal with each party to bear their own attorney's fees and costs.

                                 Respectfully submitted,

                                 HINSHAW & CULBERTSON LLP

                                 */s/ Melissa A. Gillinov*
                                 RONALD L. KAMMER
                                 Florida Bar No. 360589
                                 rkammer@hinshawlaw.com
                                 MELISSA A. GILLINOV
                                 Florida Bar No. 11892
                                 mgillinov@hinshawlaw.com
                                 2811 Ponce de Leon Blvd., Suite 1000
                                 Coral Gables, FL 33134
                                 Telephone: 305-358-7747
                                 Facsimile: 305-577-1063
                                 *Counsel for Zurich American Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Melissa A. Gillinov
MELISSA A. GILLINOV

2