**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**WHITESELL-GREEN, INC.**,

     **Plaintiff**,

**v.**                                   **Case No. 3:24cv206-TKW-HTC**

**ZURICH AMERICAN**
**INSURANCE COMPANY**,

     **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the joint stipulation of dismissal with prejudice (Doc. 32), it is

**ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P.

41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 3rd day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**